IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16CR309 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTOPHER L. COURTNEY, | ) | GOVERNMENT'S NOTICE OF PRIOR |
| | ) | CONVICTION ENHANCEMENT |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Carole S. Rendon, United States Attorney, and Vasile Katsaros and Matthew J. Cronin, Assistant United States Attorney, and pursuant to Title 21, Section 841(b)(1)(B), (b)(1)(C) and 851, United States Code, hereby gives notice that if an adjudication of guilt is entered against the defendant, KRISTOPHER L. COURTNEY, in Counts 1, 2, or 3 of the indictment returned in the above-captioned case, that the United States will rely upon a previous felony drug offense conviction of KRISTOPHER L. COURTNEY for the purpose of invoking the increased sentencing provisions of Title 21, Section 841(b), United States Code. The previous felony drug offense convictions upon which the United States will rely are: Drug Trafficking, Case Number CR-07-497145, in the Cuyahoga County Common Pleas Court, on or about January 16, 2009; Possession of Drugs, Case Number CR-00-388485, in the Cuyahoga County Common Pleas Court, on or about August 10, 2000; Possession of Drugs, Case Number CR-99-384362, in the Cuyahoga County Common Pleas Court, on or about August 10, 2000.

The United States alleges that the defendant has been convicted of at least one prior felony drug offense. In reference to Count 1, the penalty enhancement provisions of Title 21, Section 841(b)(1)(B), United States Code, require, among other things, a mandatory minimum sentence of 10 years to a maximum of life imprisonment, a fine not to exceed $8,000,000, and 8 years of supervised release if the defendant has been convicted of at least one prior felony drug offense. In reference to Counts 2 and 3, the penalty enhancement provisions of Title 21, Section 841(b)(1)(C), United States Code, require, among other things, a term of imprisonment of not more than 30 years, a fine not to exceed $2,000,000, and 6 years of supervised release if the defendant has been convicted of at least one prior felony drug offense.

        Respectfully submitted,

        Carole S. Rendon
        United States Attorney

By:   /s/Matthew J. Cronin
        Matthew J. Cronin
        Vasile Katsaros
        Assistant United States Attorneys
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3955
        (216) 522-7499 (facsimile)

## CERTIFICATE OF SERVICE

     I hereby certify that on November 27, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            /s/Matthew J. Cronin
                                            Matthew J. Cronin
                                            Assistant U.S. Attorney