*MINUTES OF PROCEEDINGS JURY/BENCH TRIAL*
*HONORABLE JAMES S. GWIN*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF OHIO*

UNITED STATES OF AMERICA

vs.

KRISTOPHER L. COURTNEY

Date: 11/28/16
Case No. 1:16CR00309-001
Court Reporter: S. Perkins
Tape No:

COUNSEL FOR PLAINTIFF(S): Vasile C. Katsaros and Matthew J. Cronin
COUNSEL FOR DEFENDANT(S): James R. Willis

**PROCEEDINGS:**

TRIAL TO: Court ____  Jury  X

OPENING STATEMENTS OF COUNSEL  X

PLTF'S CASE: Begun X  Continued and ___  Not Concluded ___  Concluded X

DEFT'S CASE: Begun ___  Continued and ___  Not Concluded ___  Concluded ___

TESTIMONY TAKEN  X  (See Witness List)

REBUTTAL OF PLAINTIFF ____   SURREBUTTAL OF DEFENDANT ____

FINAL ARGUMENTS ____   CHARGE TO THE JURY ____

JURY DELIBERATIONS: Begun ____ Continued and ____ Not Concluded ____ Concluded ____

TRIAL ADJOURNED UNTIL  11/29/16 at 8:45 a.m.
TOTAL TRIAL TIME: 6 hrs. 54 mins.
EXHIBITS LOCATED: JERS
EXHIBITS RETURNED TO COUNSEL:

**COMMENTS:** The Court granted plaintiff's oral motion to separate witnesses.

s/ Melanie Dresch
Courtroom Deputy Clerk